# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAAIYAH HANIFAH GOLDSTEIN,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **UNITED STATES** : <br> **POSTMASTER GENERAL,** *et al.*, : <br> Defendants. : | **CIVIL ACTION NO. 22-CV-1343** |

## ORDER

AND NOW, this 6th day of July, 2022, upon consideration of Plaintiff Daaiyah Hanifah Goldstein's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**